United States District Court
Southern District of Texas
ENTERED
October 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATONYA L JOSEPH,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04438 |
| TEXAS SOUTHERN UNIVERSITY (TSU) BOARD OF REGENTS,<br>Defendant. | §<br>§<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On May 11, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 37). Judge Bray filed a *Memorandum and Recommendation* on October 1, 2026, recommending that Defendant's March 4, 2026 Motion to Dismiss (Dkt. 29) be dismissed as moot and Defendant's May 11, 2026 Motion to Dismiss (Dkt. 38) be granted and the case be dismissed without prejudice. (Dkt. 40).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bray's *Memorandum and Recommendation* (Dkt. 40) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

Signed at Houston, Texas on October 23, 2026.

George C. Hanks Jr
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE